```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Round Hill Investments LLC,
*f/k/a Metropoulos & Co. LLC and d/b/a Metropoulos & Co,*

                  Movant,

-against-

Mark J. Patane, Julie Harding, Heather Harrigan, Stephen S. Shapiro, Catherine Porter, Erica Russell, Tina Moretti, Bridget Kopet, Jennifer S. Cole, Benjamin A. Fletcher, Diane Bogdan, *Individually and on Behalf of All Others Similarly Situated,*

                  Respondents.

21 Misc. 493 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 18, 2021, Movant, Round Hill Investments LLC, initiated this matter, a motion to quash a subpoena issued by the United States District Court for the District of Connecticut in *Patane v. Nestle Waters North Am., Inc.*, No. 17 Civ. 1381. ECF No. 1. On June 23, 2021, Movant filed a motion to transfer this matter to the District of Connecticut, pursuant to Federal Rule of Civil Procedure 45(f). ECF No. 6. Under Rule 45(f), "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents." Fed. R. Civ. P. 45(f). Compliance is required in this Court, and this Court did not issue the disputed subpoena. Respondents, the parties subject to the subpoena, have indicated that they consent to this transfer. ECF No. 5. Accordingly, Movant's motion to transfer is granted.

      The Clerk of Court is directed to transfer this action to the District of Connecticut, to terminate the motions at ECF Nos. 1 and 6, and to close this case.

      SO ORDERED.

Dated: June 25, 2021
       New York, New York

                                        ANALISA TORRES
                               United States District Judge